IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Batie, Kathleen | Case Number: 07 B 14562 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 8/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,325.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,014.00 |
| Trustee Fee: | | 114.96 |
| Other Funds: | | 196.04 |
| Totals: | 2,325.00 | 2,325.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,014.00 | 2,014.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Condor Capital Corp | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 38,988.95 | 0.00 |
| 5. | Village of Homewood | Unsecured | 32.45 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 57.25 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 73.53 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 132.10 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 88.15 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 207.85 | 0.00 |
| 11. | Deutsche Bank National | Secured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | Aspire Visa | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Midland Funding | Unsecured | | No Claim Filed |
| 18. | Homewood Disposal Service, In | Unsecured | | No Claim Filed |
| 19. | Title Lenders | Unsecured | | No Claim Filed |
| 20. | Homewood Flossmoor High School | Unsecured | | No Claim Filed |
| 21. | RMI/MCSI | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 41,594.28 | $ 2,014.00 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Batie, Kathleen | Case Number: 07 B 14562 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 8/13/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 114.96 |
| | _____ |
| | $ 114.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

